

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name: Ernest Admoren-Nweke v. The State of Texas

Appellate case number: 01-19-01001-CR

Trial court case number: 1648314A

Trial court: 179th District Court of Harris County

Appellant's motion for en banc reconsideration is **denied**.

It is so ORDERED.

Judge's signature: <u>Richard Hightower</u>
                     Acting for the En Banc Court

En Banc Court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date: <u>December 31, 2020</u>